# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-573
_____

MARY VIRGINIA GRAHAM,

Petitioner,

v.

BARMARRAE BOOKS, INC., and
CONSTANCE RAE UPHOLD,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 7, 2018

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robin R.W. Graham, Gainesville, for Petitioner.

Eric A. Dibert and Adam S. Towers of Bogin, Munns & Munns, P.A., Gainesville, for Respondents.